E-FILED
Thursday, 27 August, 2026 03:45:45 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

BIANCA V.,

*Plaintiff*,

v.

FRANK BISIGNANO, Commissioner of Social Security,

*Defendant*.

Case No. 4:26-cv-04002-RLH

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to sentence four of Section 205 of the Social Security Act, which is codified at 42 U.S.C. § 405(g), and judgment shall be entered in favor of Plaintiff. Upon receipt of the Court's order, the Appeals Council will remand the case to an ALJ who will grant Plaintiff a new hearing; evaluate her residual functional capacity; determine whether she could perform past work or work existing in the economy; and issue a new decision.

*So ordered.*

Entered this 27th day of August 2026.

s/Ronald L. Hanna

Ronald L. Hanna
United States Magistrate Judge